**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DANNY GONZALES,**

    **Plaintiff,**

**vs.**                                                                                            **CASE NO. 4:04CV335-MMP/AK**

**MARK THOMPSON, et al,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

In an order dated May 16, 2005, Plaintiff was directed to submit four service copies of the fifth amended complaint by June 13, 2005. (Doc. 26). Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. (Doc. 26). On July 28, 2005, a show cause order was entered requesting a response on or before August 19, 2005. (Doc. 27). Plaintiff was again warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. (Doc. 27). As of this date there has been no further communication from the Plaintiff. He advised the Court on April 8, 2005, that he was released and had a free-world address in New York, but that

has been the last communication from him. (Doc. 24). The last two orders were sent to that address and have not been returned.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **29th** day of September, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 1:03cv38-MMP/AK