IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY GONZALES,

    Plaintiff,

v.                                                           CASE NO. 4:04-cv-00335-MP-AK

MARK THOMPSON, et al.,

    Defendants.

_____/

## **O R D E R**

On Tuesday, January 17, 2006, this court withdrew its previous order adopting the Report and Recommendation of the Magistrate Judge and reopened plaintiff's case. The Magistrate recommended dismissing plaintiff's case for failure to prosecute. However, plaintiff has provided an explanation for the delay, and has now made further filings, Docs. 34 and 35. Accordingly, the Magistrate's Report and Recommendation is hereby rejected, and this matter is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this *28th* day of March, 2006

                                   *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge