## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DANNY GONZALES,**

      **Plaintiff,**

**v.**                                  **CASE NO. 4:04-cv-00335-MP-AK**

**MARK THOMPSON, et al,**

      **Defendants.**

_____/

## O R D E R

      This matter is before the Court on Plaintiff's Request for Due Process Rights. (Doc. 48).  The Court is unable to ascertain from the filing what relief Plaintiff seeks, and it is therefore **DENIED**.

      Further, Plaintiff is to cease filing rambling, incoherent papers in this lawsuit which have no bearing on the proceedings.  The present status of this case is that the defendants have been served and counsel has filed a Notice of Appearance on their behalf and represents that a special report will be filed on or before August 13, 2006. (Docs. 37 and 41). When the special report is filed, the Court will advise Plaintiff of the next step. **Until further notice there is nothing else for Plaintiff to file in this matter, and if he persists in filing more papers which do not clearly request any type of relief or pertain in any way to the proceedings before the Court they will be stricken by the Court and returned to him**.  Plaintiff has been similarly warned about this in another unrelated case, No. 4:04cv161-MMP/AK.

      **DONE AND ORDERED** this **26th**  day of July, 2006

                         *S/ A. KORNBLUM*
                         **ALLAN KORNBLUM**
                         **UNITED STATES MAGISTRATE JUDGE**