# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DANNY GONZALES,**

    Plaintiff,

vs.                                                           **CASE NO. 4:04CV335-MP/AK**

**MARK THOMPSON, et al,**

    Defendants.

    _____/

## REPORT AND RECOMMENDATION

This case has been pending since August 12, 2004. (Doc. 1). Plaintiff failed to provide service copies of the Fifth Amended Complaint (doc. 23), and it was recommended, after he also failed to comply with a show cause order (doc. 27), that the cause be dismissed for failure to prosecute. (Doc. 28). A judgment was entered after no objections were filed (doc. 30), and Plaintiff then moved for reconsideration (doc. 32), and the cause ultimately remanded for additional proceedings. (Docs. 33, 34, 36). Defendants were served and a special report filed on August 14, 2006. (Doc. 53). The Order construing the special report as a motion for summary judgment and advising Plaintiff of his obligations in opposing summary judgment (doc. 56) was returned as undeliverable. The last known address of 107 Lawrence, Bronx, NY 10027, is insufficient and the United States Postal Service is unable to forward the mail. This

case has been pending for over two years. It has not proceeded to the summary judgment stage and the Court has no current or correct address for the Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has not kept the Court apprised of his current or correct address and all attempts to reach him have failed. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **13th** day of November, 2006.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:04CV335-MP/AK