IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY GONZALES,

    Plaintiff,
v.   **CASE NO. 4:04-cv-00335-MP-AK**

MARK THOMPSON, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 59, Report and Recommendations of the Magistrate Judge. In the report, the Magistrate recommends that this case should be dismissed for failure to prosecute and failure to obey an order of court. The Magistrate Judge filed the Report and Recommendation on Monday, November 13, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. The parties have not filed any objections to the Magistrate's Report.

The Magistrate recommends dismissing this case because Plaintiff has not provided the Court with his current or correct address, and therefore all attempts to reach him have failed. Plaintiff was put on notice that failure to keep the Court informed of his current address could result in this case being dismissed for failure to prosecute. Doc. 56. The United States Postal Service is unable to forward any mail to Plaintiff, resulting in this case not moving forward. The Court agrees with the Magistrate that this case should be dismissed for Plaintiff's failure to

prosecute and his failure to obey an order of court. Therefore, having considered the Report and Recommendation and the lack of objections thereto, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed with prejudice.

**DONE AND ORDERED** this __19th__ day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge